JOSEPH WOLOSZYNOWSKI, as Administrator, etc., of LEO WOLOSZYNOWSKI, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. — Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents

and votes for reversal on the ground of error in the charge, and Crosby, J., who dissents and votes for reversal upon the ground that plaintiff's intestate was guilty of contributory negligence as matter of law. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.